IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00352-WDM-PAC

ABIODUN BENAD,

    Applicant,

v.

DOUGLAS MAURER, DHS, BICE, and MARIO R. ORTIZ, DHS, BCIS,

    Respondents.

## **ORDER** AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Patricia A. Coan, United States Magistrate Judge**

    Applicant [hereafter petitioner] Abiodun Benad filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 on February 25, 2005.  In a Recommendation entered October 6, 2005, I recommended that the petitioner's application be dismissed *sua sponte* for lack of subject matter jurisdiction.  Petitioner filed two motions on October 13, which were referred to me on October 14, 2005: an Emergency Motion for Counsel Request; and an Emergency Application for Temporary Restraining Order.  Because I previously recommended dismissal of this petition for lack of subject matter jurisdiction due to the nature of petitioner's proceeding being a petition for review under 8 U.S.C. § 1252 (petitioner filed a Petition for Review of his removal order in the U.S. Court of Appeals for the Tenth Circuit on September 29, 2005), neither of these motions is appropriate.

    For the reasons stated, it is hereby

**ORDERED** that petitioner's Emergency Motion for Counsel Request is hereby **denied**; and it is

**RECOMMENDED** that petitioner's Emergency Application for Temporary Restraining Order be **denied.**

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district court judge shall make a determination of those portions of the proposed findings or specified recommendation to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated this 14th day of October, 2005.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge