IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00352-WDM-PAC

BENAD ABIODUN,

    Applicant,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

    Respondent.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the plaintiff's motion to amend, filed October 6, 2005 [doc. #36], which was referred to me on July 11, 2005, is **denied as moot** in light of the pending recommendation to dismiss petitioner's application which was entered October 6, 2005.

Dated:  February 22, 2006

_____